FILE COPY



## CAUSE NO. 12-15-00179-CV

## IN THE COURT OF APPEALS

## TWELFTH COURT OF APPEALS DISTRICT

## TYLER, TEXAS

| | | |
|---|---|---|
| **IN THE INTEREST OF P. W., A CHILD** | } | **APPEALED FROM 258TH** |
| | } | **DISTRICT COURT IN AND FOR** |
| | } | **TRINITY COUNTY, TEXAS** |

### *PER CURIAM ORDER*

This is an accelerated appeal from a final order terminating Appellant's parental rights. *See* TEX. R. JUD. ADMIN. 6.2(a) (appeal of termination of parental rights to be brought to final disposition by court of appeals within 180 days of date notice of appeal is filed). The notice of appeal in this case was filed on March 23, 2015, making the disposition deadline September 18, 2015. Due to circumstances unrelated to Appellant's counsel, this Court did not receive the notice of appeal until July 8, 2015. However, this delay does not authorize modification of the original disposition date, and that date has now passed. As a result, the Court has reviewed the status of the appeal.

In its review, the Court noted that John D. Reeves, appointed counsel for Appellant, has filed a motion for extension of time to file Appellant's brief in this appeal. As grounds for his request, Reeves cites significant health issues that have resulted in his hospitalization. Because of the nature of these issues and his current circumstances, counsel is unable to determine when he will be able to file the brief. Accordingly,

IT IS HEREBY ORDERED that the trial court shall conduct a hearing for the purpose of appointing new counsel for Appellant.

IT IS FURTHER ORDERED that the trial court shall first determine whether (1) Appellant is indigent and entitled to the appointment of counsel on appeal; (2) Appellant has sufficient funds to retain counsel; or (3) Appellant desires to represent himself on appeal.

IT IS FURTHER ORDERED that, once findings are made as to the above three issues, the trial court shall appoint new counsel to substitute for John D. Reeves in this appeal, give Appellant an appropriate deadline for retaining counsel, or administer the appropriate warnings concerning the dangers of self-representation in accordance with its findings.

IT IS FURTHER ORDERED that Appellant's brief shall be filed no later than twenty (20) days from the date of any order issued by the trial court. In the event new counsel is appointed, the trial court shall inform said counsel of the date Appellant's brief is due to be filed in this Court.

It is FINALLY ORDERED that a supplemental record containing the court's findings of fact and conclusions of law and any appropriate order(s) attendant thereto be certified to this Court on or before **October 14, 2015**.

**WITNESS** the Honorable James T. Worthen, Chief Justice of the Court of Appeals, 12th Court of Appeals District of Texas, at Tyler.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at my office this the 29th day of September 2015, A.D.



PAM ESTES, CLERK
12TH COURT OF APPEALS

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk